UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:25 CR 00526 HEA PLC |
| DAMIAN ORLANDO-PONCE, | ) ) ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

COMES NOW, the United States of America, by and through its Attorney Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

1. The Bail Reform Act requires that before conducting a requested detention hearing, the court is to determine that the case is eligible for said hearing under Section 3142(f). Section 3142(f)(1) authorizes a detention hearing in a case involving (1) a crime of violence; (2) an offense carrying a penalty of life imprisonment or death; (3) a federal drug offense carrying a penalty of ten years or more; (4) a felony following convictions for two or more of the three foregoing offenses; or (5) any felony that is not otherwise a crime of violence that involves a minor victim, or that involves the possession or use of a firearm or destructive device or any other dangerous weapon or involves a failure to register as a sex offender. 18 U.S.C. §3142(f)(1). In this case, Defendant is charged with illegal reentry into the United States, in violation of Title 18, United States Code, Section 1326(a), which is not one of the crimes enumerated under § 3142(f)(1).

2. However, the court may hold a hearing on its own motion or the government's motion in a case that involves a serious risk of flight or a serious risk that the person will obstruct or attempt to obstruct justice; threaten, injure or intimidate or attempt to threaten, injure or intimidate a prospective witness or juror. 18 U.S.C. §3142(f)(2). The government submits there is serious risk of flight in this case.  As and for its grounds, the Government states the following factors pursuant to Title 18, United States Code, Section 3142(g) (2)(3) and (4) for this Court to consider:

3. Defendant is a citizen of Mexico who has previously been removed from the United States and deported to Mexico in 2012 and again in 2020 after having been found to be unlawfully present in the United States.  He has served two custodial sentences in the U.S. Bureau of Prisons for unlawful re-entry.

4. On October 3, 2025, the O'Fallon, Missouri Police Department conducted a traffic stop of the defendant's vehicle and arrested him for driving without a license.

5. Defendant has a history of illegal entry into the United States, which, inherently raises the risk that he will flee this district and that he will not voluntarily submit himself to prosecution.  He has established the fact that he does not want to remain in Mexico.  Whether he is convicted of the present charges or not, he will be removed from the United States by Immigration and Customs Enforcement.  Because of this fact, and the fact that he is clearly intent to not return to Mexico, Defendant has a heightened incentive to flee this district.  It is unknown if he has ties to St. Louis, Missouri area.

6. Because there exists a serious risk of flight, the Government is entitled to a detention hearing in this matter. Furthermore, because of the nature of this flight risk and because Defendant has demonstrated that he is a danger to the community, there is simply no condition or

combination of conditions that would ensure Defendant's appearance as required. The Government requests that Defendant be detained pending resolution of this case.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that this Court find that this case involves a serious risk that Defendant will flee, and that the United States is entitled to a detention hearing in this matter pursuant to Title 18, Unite States Code, Section 3142(f)(2)(A). Furthermore, the United States requests that this Court find that there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required, or the safety of the community, and that Defendant be ordered detained prior to trial.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Thomas C. Albus*
THOMAS C. ALBUS, #46224MO
United States Attorney
111 South 10th Street, 20th Floor St. Louis, MO 63102
(314) 539-2200